### PHILLIPS V. HALSEY.

On a hearing in damages on a note, which is defaulted; a claim, on the ground of another agreement, by the defendant, cannot be offset on the note.

ACTION on a note, dated        for        payable, etc.  Case defaulted.  Defendant moved to be heard in damages; alleging that it was given for the premium on a policy of insurance from New London to Ireland, with liberty to go to the Isle of May, and in case said Snow should not go to the Isle of May, 3 per cent. of the premium should be retained; and that said Snow did not go to the Isle of May.

Question was made — Whether this could be introduced on a hearing in damages on the note.

By the COURT.  It cannot.  It is another contract than that on which the action is brought; and if there is anything due on that ground the court are not authorized to make the offset.

---

**MIDDLESEX COUNTY, JULY TERM, A. D. 1790.**

Hon. ELIPHALET DYER, Esq., *Chief Judge.*

*Judges.*

Hon. ANDREW ADAMS, Esq.,    Hon. CHARLES CHAUNCY, Esq.,
Hon. JESSE ROOT, Esq.,         Hon. ERASTUS WOLCOTT, Esq.

### WARNER V. ROBINSON.

